**JS-6 / REMAND**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KIMBERLY SIMMONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE,<br><br>　　　　Defendant. | Case No.: ED CV 18-1239-DMG (KKx)<br><br>**ORDER RE DEFENDANT'S REQUEST TO CLOSE THE CASE [10]** |

　　The Court, having taken judicial notice that the Riverside County Superior Court dismissed Plaintiff's state action [Case No. RIC1723483] on June 7, 2018, one day prior to Defendant's filing of the Notice of Removal [Doc. # 1], hereby **REMANDS** the above-captioned matter to the Riverside County Superior Court as it was improvidently removed.

**IT IS SO ORDERED**.

DATE: June 28, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-